UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVID TORRES,<br><br>Defendant(s). | Case No. 2:11-CR-141 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Torres*, case no. 2:11-cr-00141-JCM-CWH.  David Torres ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (ECF No. 45).  The court has examined the motion, which alleges relief due to *Rehaif v. United States*, 139 S. Ct. 2191 (2019).  *Id.*

The United States of America ("respondent") shall file a response within 21 days from the date of this order.  Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 45) no later than 21 days from the date of this order.  Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related § 2255 case, no. 2:20-cv-01115-JCM.

DATED July 22, 2020.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**